126

Emily Pilackus, Appellant, v. Paul Pilackus et al., Executors of Estate of Paul Pilackus, also known as Paul Platz, Deceased et al., Appellees.

Gen. No. 43,455.

opinion filed February 13, 1946; released for publication March 8, 1946. Leslie A. Kohn and Irving Breakstone, for appellant; Frank W. Chern and Philip M. O'Connell, for certain appellees; Winston, Strawn & Shaw, for certain other appellee. Opinion by JUSTICE BURKE. Not to be published in full.